```
                                        FILED
            ◻ ORIGINAL                  AUG 9  2007
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> MYICIS, et al., <br><br> Defendant(s). | No. C07-2364 BZ <br><br> **ORDER RELIEVING PLAINTIFF FROM PAYMENT OF FILING FEE IN INSTALLMENTS** |

    By Order dated May 8, 2007, I denied plaintiff William Florian's application to proceed in forma pauperis and, instead, required him to pay the Court's filing fee in three installments. Upon review of the Court's files, it appears that the full fee of $350.00 was paid on May 1. Therefore, **IT IS ORDERED** that plaintiffs are relieved of that portion of my May 8 Order requiring payment in installments of the Court's filing fee. My May 8 Order otherwise remains in effect.

Dated: August 9, 2007

                              _____
                               Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\Sophia v. Myicis\Order Relieving Installment Payment Plan.wpd

1

Copies Mailed to Parties of Record

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SOPHIA AND WILLIAM
FLORIAN et al,

        Plaintiff,

v.

MYICIS et al,

        Defendant.
                             /

Case Number: CV07-02364 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached **ORDER RELIEVING PLAINTIFF FROM PAYMENT OF FILING FEE IN INSTALLMENTS**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christina Sophia
708 Gravenstein Hwy North, #146
Sebastopol, CA 95472

William Florian
708 Gravenstein Hwy North, #146
Sebastopol, CA 95472

Dated: August 9, 2007

                                            Richard W. Wieking, Clerk
                                            By: Rose Maher, Deputy Clerk