UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINA SOPHIA, et al., | ) | |
| Plaintiff(s), | ) | No. C07-2364 BZ |
| v. | ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| MYICIS, et al., | ) | |
| Defendant(s). | ) | |

Having received plaintiffs' request to continue the case management conference, good cause appearing, **IT IS ORDERED** as follows:

1. The case management conference scheduled for Monday, August 27, 2007 is **CONTINUED** to **Monday, November 5, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven (7) days prior to the case management conference.

2. Should plaintiffs have questions relating to the requirement that they serve their complaint on defendants, they are directed to consult the Court's Pro Se Handbook,

1

1 | which is available in the Clerk's Office and online at
2 | http://www.cand.uscourts.gov.
3 | Dated:   August 27, 2007
4 | _____
   |          Bernard Zimmerman
   |     United States Magistrate Judge
5 |
   | G:\BZALL\-BZCASES\Sophia v. Myicis\ORDER CONT CMC.wpd

2