UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA, et al.,<br>      Plaintiff(s),<br>  v.<br>MYICIS, et al.,<br>      Defendant(s). | No. C07-2364 BZ<br><br>and related case |
| ANTHONY PHILLIPSON,<br>      Plaintiff(s),<br>  v.<br>MYICIS, et al.<br>      Defendant. | No. C07-2412<br><br>**THIRD ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the case management conference in this matter is **CONTINUED** at plaintiffs' request to **Monday, June 2, 2008** at **4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Court does not understand why plaintiffs waited until four days before they left the country to request the continuance. No further continuances of the case management

1

```
 1 | conference will be granted, and plaintiffs shall personally
 2 | appear at the conference.
 3 |         Case management statements are due seven (7) days prior
 4 | to the case management conference.
 5 |         Plaintiffs shall serve defendants with a copy of this
 6 | Order.
 7 | Dated: January 16, 2008
 8 |                               _____
 9 |                                    Bernard Zimmerman
                                   United States Magistrate Judge
10 |
11 | G:\BZALL\-BZCASES\Sophia v. Myicis\THIRD ORDER CMC CONT.wpd
```