**FILED**

JUN 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ **ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> MYICIS, et al., ) <br> ) <br> Defendant(s). ) <br> ) <br> ) <br> _____) | No. C07-2364 BZ <br><br> **ORDER SCHEDULING DEFAULT JUDGMENT HEARING** |

    Following a case management conference on June 2, 2008 at which plaintiffs did not appear, it is **ORDERED** that a hearing on plaintiffs' application for default judgment is scheduled for **Wednesday, November 26, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

    Plaintiffs should attend and be prepared to prove their damages by competent testimony or other admissible evidence. If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all

Copies Mailed to
Parties of Record

```
 1 | evidence, proper foundations must be established.  For an
 2 | explanation of the evidentiary requirements for proving
 3 | damages in a default case, the parties are encouraged to
 4 | consult Chapter Six of Civil Procedure Before Trial by
 5 | William W. Schwarzer, A. Wallace Tashima, and James M.
 6 | Wagstaffe.
 7 |      Defendant should attend the hearing if he contests the
 8 | validity or amount of plaintiffs' claim.
 9 |      Seven days before the hearing, on **Wednesday, November 19,**
10 | **2006**, plaintiffs shall file a declaration setting forth in
11 | detail all steps taken to serve defendant with this order, and
12 | deliver a copy _directly_ to chambers.  If defendant actually
13 | received this order, plaintiffs' declaration should so state,
14 | including plaintiffs' basis for this knowledge.
15 | Dated: June 3, 2008
16 |
17 |                              Bernard Zimmerman
                                  United States Magistrate Judge
18 |
19 |
20 | G:\BZALL\-BZCASES\Sophia v. Myicis\SCHEDULING ORDER.SOPHIA.DEFAULT
     JUDGMT.wpd
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA AND WILLIAM FLORIAN et al, | Case Number: CV07-02364 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MYICIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER SCHEDULING DEFAULT JUDGMENT HEARING**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christina Sophia
708 Gravenstein Hwy North, #146
Sebastopol, CA 95472

William Florian
708 Gravenstein Hwy North, #146
Sebastopol, CA 95472

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk