**Christina Sophia**
**William Florian**
708 Gravenstein Hwy North #146
Sebastopol, CA 95472
home 707-824-8617     cell 707-548-2187

To: United States District Court
    Northern District Of California
    450 Golden Gate Ave
    San Francisco, CA 94102
    415-522-2015 Simone


November 16, 2008,

Regarding Christina Sophia v Myicis et al. – C07-2364 BZ

Dear United States District Court,

   Due to the Thanksgiving holiday, we request that our upcoming court date of 10AM November 26 be a phone appearance.
If allowed, please advise us of the phone number to call.


Sincerely,

*[signature]* 11-16-08
William Florian

*[Court seal: DENIED — Judge Bernard Zimmerman]*

*[Handwritten annotation:]* Denied. Plaintiffs should be prepared to prove their damages. See reply filed June 4, 2008.

*[signature]* Bernard Zimmerman

Nov. 21, 2008