UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINA SOPHIA, et al., | ) | |
| Plaintiff(s), | ) | No.  C 07-2364 BZ |
| v. | ) | **NOTICE OF REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| MYICIS, et al., | ) | |
| Defendant(s). | ) | |

In view of the Report and Recommendation dated December 1, 2008, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: December 1, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Sophia v. Myicis\SOPHIA NOTICE OF REASSIGNMENT TO DIST JUDGE.wpd

1