**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA, *et al.*, | No. C 07-02364 SI |
| Plaintiffs, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ZIMMERMAN** |
| v. | |
| MYICIS, *et al.*, | |
| Defendants. | |

On December 12, 2008, Magistrate Judge Bernard Zimmerman recommended that default judgment be entered in plaintiffs' favor against defendant Wayne Hicks. This Court has reviewed *de novo* the files and records in this case, and the report and recommendation issued by Magistrate Judge Zimmerman. This Court concurs in Judge Zimmerman's findings and analysis, and adopts his report and recommendation that judgment be entered in plaintiffs' favor against Hicks in the amount of $100,270.32, trebled under 18 U.S.C. § 1964(c) to $300,810.96.

**IT IS SO ORDERED.**

Dated: 12/29/08

SUSAN ILLSTON
United States District Judge