IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SOPHIA, *et al.*, | No. C 07-02364 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MYICIS, *et al.*, | |
| Defendants.       / | |

Judgment is entered in favor of plaintiff and against defendant Wayne Hicks in the amount of $300,810.96.

**IT IS SO ORDERED.**

Dated: 12/29/08

SUSAN ILLSTON
United States District Judge